IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 10-5-5
TIME: 9:46 AM
INITIALS: E

UNITED STATES OF AMERICA

V.                                                                                      05-20353-03-Ma

KOURY DICKERSON

## ORDER ON ARRAIGNMENT

This cause came to be heard on __10-05-05__, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME __April Goode__ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

__✓__ The defendant, who is not in custody, may stand on his present bond.
____ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:371; 18:1028;

U. S. Attorney assigned to Case: S. Parker

Age: 35

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __10-11-05__

21

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CR-20353 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dewun R. Settle
LAW OFFICE OF DEWUN R. SETTLE
100 N. Main Bldg.
Ste. 3001
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT