IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                    NO. 05-20353-Ma

KOURY DICKERSON,

    Defendant.

---

ORDER CONDITIONALLY WAIVING APPEARANCE AT REPORT DATE

---

On October 19, 2005, counsel for defendant Koury Dickerson filed a motion to waive the appearance of the defendant at the report date scheduled on October 28, 2005. For good cause shown, the motion is granted and the appearance of the defendant Koury Dickerson is waived on the condition that counsel file with the court a written waiver signed by the defendant. Upon its receipt, counsel shall immediately file the required written waiver.

It is so ORDERED this 19K day of October, 2005.

                      SAMUEL H. MAYS, JR.
                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CR-20353 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT