IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.  NO. 05-20353-Ma

KOURY DICKERSON,

    Defendant.

## ORDER GRANTING MOTION TO WITHDRAW AND REFERRING MATTER TO MAGISTRATE JUDGE FOR APPOINTMENT OF COUNSEL

Before the court is the November 2, 2005, motion to withdraw filed by defendant's appointed counsel, Edwin A. Perry, on behalf of himself and the Federal Public Defender. For good cause shown, the motion is granted and Mr. Perry and the Federal Public Defender are allowed to withdraw from representing the defendant in this matter. Defendant having previously been found to be indigent, the matter is referred to the magistrate judge for appointment of substitute counsel for the defendant pursuant to the Criminal Justice Act.

It is so ORDERED this 3d day of November, 2005.

                SAMUEL H. MAYS, JR.
                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-4-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:05-CR-20353 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT